UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   Case Number: 6:22-cr-37-CEM-DCI

DANTE SPITALERI   USM Number: 96436-509

Fritz J. Scheller, Retained
200 E Robinson St Suite 1150
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count One of the Information. The defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §§ 846 and 841(b)(1)(B) | Conspiracy to Possess with Intent to Distribute 100 Kilograms or More of Marijuana | December 11, 2017 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

October 4, 2022

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

October 5, 2022

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Dante Spitaleri
6:22-cr-37-CEM-DCI

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TEN (10) months** as to Count One of the Information.

The Court recommends to the Bureau of Prisons that the defendant be placed at **FCI Coleman** for familial proximity.

The defendant is remanded to the custody of the United States Marshal.

*[FILED stamp: 2022 DEC 14 PM 3:51, US DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO, FLORIDA]*

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

The defendant delivered on _November 18, 2022_ to _FCC, Coleman Camp_

at _Coleman, FL_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245B (Rev. 09/19) Judgment in a Criminal Case